**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE BONNER GROUP,<br><br>Plaintiff,<br><br>v.<br><br>X CORP.,<br><br>Defendant. | Case No. _____ |

**DECLARATION OF JACKSON ERPENBACH**
**IN SUPPORT OF THE BONNER GROUP'S MOTION TO**
**QUASH X CORP.'S NONPARTY SUBPOENA OR FOR A PROTECTIVE ORDER**

I, Jackson Erpenbach, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia. I am a senior associate at the law firm Hecker Fink LLP, which is counsel to the Bonner Group. I am admitted to practice in this Court.

2. I make this declaration in support of the Bonner Group's Motion to Quash X Corp.'s Nonparty Subpoena or for a Protective Order. This declaration is based on my personal knowledge, my review of publicly available materials and other relevant files, and consultation with my colleagues.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the article: Eric Hananoki, *As Musk endorses antisemitic conspiracy theory, X has been placing ads for Apple, Bravo, IBM, Oracle, and Xfinity next to pro-Nazi content*, Media Matters for America (Nov. 16, 2023), https://www.mediamatters.org/twitter/musk-endorses-antisemitic-conspiracy-theory-x-has-been-placing-ads-apple-bravo-ibm-oracle.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the article: Eric Hananoki, *X is placing ads for Amazon, NBA Mexico, NBCUniversal, and others next to content with white nationalist hashtags*, Media Matters for America (Nov. 17, 2023), https://www.mediamatters.org/twitter/x-placing-ads-amazon-nba-mexico-nbcuniversal-and-others-next-content-white-nationalist.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a post on X by Elon Musk: Elon Musk (@elonmusk), X (Nov. 18, 2023 7:01 AM), https://x.com/elonmusk/status/1725771191644758037.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a post on X by Elon Musk: Elon Musk (@elonmusk), X (Nov. 18, 2023 7:04 AM), https://x.com/elonmusk/status/1725771944467759573.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a post on X by Elon Musk: Elon Musk (@elonmusk), X (Nov. 18, 2023 7:21 AM), https://x.com/elonmusk/status/1725776174918283678.

8. Attached hereto as **Exhibit 6** is a true and correct copy of X Corp.'s First Amended Complaint filed in *X Corp. v. Media Matters for America*, No. 23 Civ. 1175 (N.D. Tex. Feb. 27, 2024), ECF 37.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the article: *Angelo Carusone discusses Elon Musk and X on MSNBC: "No matter how you slice it, the fact is their brand safety tools were not operating in the way that they claim they should have been"*, Media Matters for America (Nov. 26, 2023), https://www.mediamatters.org/angelo-carusone/angelo-carusone-discusses-elon-musk-and-x-msnbc-no-matter-how-you-slice-it-fact.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a post on X by Elon Musk: Elon Musk (@elonmusk), X (Nov. 21, 2023 12:28 AM), https://x.com/elonmusk/status/1726759570754670667.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the article: Andrew Kerr, *Democratic Megadonors Bankroll Media Matters, Leaked Donor List Shows*, Free Beacon (Jan. 4, 2024), https://freebeacon.com/democrats/democratic-megadonors-bankroll-media-matters-leaked-donor-list-shows/.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a post on X: Vril_Pilled (@DoomMetalMachi1), X (Jan. 5, 2024 10:26 PM), https://x.com/DoomMetalMachi1/status/1743398717716140143.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a post on X: Tom Hennessy (@Tomhennessey69), X (Jan. 6, 2024 12:57 AM), https://x.com/Tomhennessey69/status/1743436574719877441.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a post on X: Phillip Kimby (@KimbyPhillip), X (Jan. 6, 2024 8:16 PM), https://x.com/KimbyPhillip/status/1743728211064696861.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a post on X: #2 Pencil Fight (@No2PencilFight), X (Jan. 9, 2024 12:41 AM), https://x.com/No2PencilFight/status/1744519839518003329.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a post on X: Springblade (@steveMmattison), X (Jan. 6, 2024 4:18 AM), https://x.com/steveMmattison/status/1743487192272454014.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a post on X by Elon Musk: Elon Musk (@elonmusk), X (Jan. 5, 2024 11:59 PM), https://x.com/elonmusk/status/1743422098679173291.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a post on X: Diver 41 (Expose Them) (@ExposeDarkDeeds), X (Jan. 6, 2024 12:03 AM), https://x.com/ExposeDarkDeeds/status/1743422961426563449.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a post on X by Elon Musk: Elon Musk (@elonmusk), X (Nov. 20, 2023 5:56 PM), https://x.com/elonmusk/status/1726660773286748561.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a post on X by Elon Musk: Elon Musk (@elonmusk), X (Oct. 31, 2024 3:34 PM), https://x.com/elonmusk/status/1852011217037979981.

21. On July 27, 2026, X Corp. served a subpoena on the Bonner Group containing thirteen individual document requests (the "Bonner Group Subpoena"), a true and correct copy of which is attached hereto as **Exhibit 19**. The Bonner Group Subpoena set a response deadline of August 7, 2026.

22. On August 5, 2026, my colleague, John Quinn, contacted counsel for X Corp. X Corp. agreed to extent the Bonner Group's deadline to respond to the Bonner Group Subpoena until September 4, 2026.

23. On September 2, 2026, I contacted counsel for X Corp. to meet and confer with counsel for X Corp., proposing that X Corp. withdraw its Subpoena until the Fifth Circuit has ruled and then consider a tailored subpoena, proportional to the needs of the case, and consistent with the Bonner Group's First Amendment rights.

24. On September 4, 2026, counsel for X Corp. indicated that they would like to discuss the Bonner Group's proposal and extended the Bonner Group's response date to September 11, 2026. After the parties agreed to meet and confer, X Corp.'s counsel later extended the Bonner Group's response date to September 18, 2026.

25. On September 8, 2026, counsel for X Corp. stated that they were not willing to meet and confer prior to that response deadline. Attached hereto as **Exhibit 20** is a true and correct copy of the correspondence with X Corp.'s counsel.

Dated: September 14, 2026
Washington, DC

Jackson Erpenbach