**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE BONNER GROUP,<br><br>Plaintiff,<br><br>v.<br><br>X CORP.,<br><br>Defendant. | Case No. ______<br><br>Underlying Litigation:<br>*X Corp. v. Media Matters for America*,<br>No. 23 Civ. 1175 (N.D. Tex.)<br><br>ORAL ARGUMENT REQUESTED |

**[PROPOSED] ORDER GRANTING THE BONNER GROUP'S**
**MOTION TO QUASH X CORP.'S NONPARTY SUBPOENA**

UPON CONSIDERATION OF the Bonner Group's Motion to Quash the Nonparty Subpoena served upon it by X Corp. in connection with *X Corp. v. Media Matters for America et al.*, No 23 Civ. 01175 (N.D. Tex.), and any opposition thereto, it is hereby:

ORDERED that the Bonner Group's Motion is GRANTED and that X Corp.'s nonparty subpoena is hereby QUASHED.

IT IS SO ORDERED.

Dated: ________________
Washington, DC

________________________
U.S. District Judge