AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

THE BONNER GROUP
*Plaintiff*
v.
X CORP.
*Defendant*

Case No. 1:26-mc-00129-APM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Bonner Group .

Date: 09/16/2026

/s/ John C. Quinn
*Attorney's signature*

John C. Quinn
*Printed name and bar number*

HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
*Address*

jquinn@heckerfink.com
*E-mail address*

(212) 763-0883
*Telephone number*

(212) 564-0883
*FAX number*