**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE BONNER GROUP,<br>Plaintiff,<br>v.<br>X CORP.,<br>Defendant. | Case No. 1:26-mc-00129-APM<br><br>Underlying Litigation:<br>*X Corp. v. Media Matters for America*, No. 23 Civ. 1175 (N.D. Tex.) |

## CERTIFICATE OF SERVICE

I, Jackson Erpenbach, here certify, under penalty of perjury, that a true and correct copy of the Notice of Related Case (ECF 2), the Motion of John C. Quinn for Leave to Appear Pro Hac Vice (ECF 5), and the Motion of Rachel Freeh for Leave to Appear Pro Hac Vice (ECF 6) were served or delivered via certified mail to all counsel listed below on September 17, 2026.

Christopher D. Hilton
Elizabeth Brown Fore
Caroline Meredith
Stone Hilton PLLC
600 Congress Ave., Suite 2350
Austin, TX 78701
chris@stonehilton.com
elizabeth@stonehilton.com
caroline@stonehilton.com

*Counsel for X Corp.*

By: ________________________________

Jackson Erpenbach, Bar No. 1735493
HECKER FINK LLP
1050 K Street NW, 10th Floor
Washington, DC 20001
jerpenbach@heckerfink.com
Telephone: 212.763.0883
Facsimile: 212.564.0883

*Attorney for Nonparty the Bonner Group*

DATED: September 17, 2026